# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| PLAINTIFF(S)<br>v. | |
| DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 05-01 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

Document Description:

☐ Administrative Record

☐ Exhibits

☐ Other _____

Reason:

☐ Per Court order

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Other _____

_____

_____  _____
Date                     Attorney Name

                         _____
                         Party Represented

G-92 (06/05)             **NOTICE OF MANUAL FILING**