```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                      EASTERN DIVISION-RIVERSIDE


           HONORABLE VIRGINIA A. PHILLIPS, JUDGE PRESIDING


   UNITED STATES OF AMERICA,       )
                                   )
             PLAINTIFF,            )
                                   )
   V.                              )DOCKET NO. EDCR 04-42(A)-VAP
                                   )
   JAMES SANDERS,                  )
                                   )
             DEFENDANT.            )
   _____)


             REPORTER'S TRANSCRIPT OF ORAL PROCEEDINGS
                       RIVERSIDE, CALIFORNIA
                   MONDAY, SEPTEMBER 25, 2006


                     PHYLLIS A. PRESTON, CSR
                        LICENSE NO. 8701
                  FEDERAL OFFICIAL COURT REPORTER
                   UNITED STATES DISTRICT COURT
                       3470 TWELFTH STREET
                   RIVERSIDE, CALIFORNIA 92501
                     EMAIL: STENOJAG@AOL.COM
```

```
 1                          APPEARANCES

 2
     FOR THE PLAINTIFF:     OFFICE OF THE UNITED STATES ATTORNEY
 3                          BY:  ELIZABETH CARPENTER
                            ASSISTANT UNITED STATES ATTORNEY
 4                          3880 LEMON STREET, SUITE 210
                            RIVERSIDE, CALIFORNIA 92501
 5

 6   FOR THE DEFENDANT:     JEFFREY AARON
                            FEDERAL CRIMINAL DEFENSE PANEL
 7                          THE RIVERSIDE BARRISTER BUILDING
                            3993 MARKET STREET
 8                          RIVERSIDE, CALIFORNIA 92501

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              MONDAY, SEPTEMBER 25, 2006, RIVERSIDE, CALIFORNIA
 2                              ---oOo---
 3              THE CLERK:  CALLING ITEM NO. 2, EDCR 04-42(A) VAP,
 4   UNITED STATES OF AMERICA VERSUS JAMES SANDERS.
 5              COUNSEL, APPEARANCES, PLEASE.
 6              MS. CARPENTER:  ELIZABETH CARPENTER FOR THE
 7   GOVERNMENT.  GOOD MORNING.
 8              THE COURT:  GOOD MORNING.
 9              MR. AARON:  GOOD MORNING, YOUR HONOR.  JEFFREY
10   AARON FOR MR. JAMES SANDERS WHO IS PRESENT IN CUSTODY.
11              THE COURT:  GOOD MORNING.
12              THIS MATTER IS ON THE COURT'S CALENDAR FOR A
13   PRETRIAL CONFERENCE, AND THE TRIAL IN THIS MATTER HAS BEEN
14   CONTINUED A NUMBER OF TIMES.  ARE THE PARTIES READY TO BEGIN
15   TRIAL NEXT WEEK?
16              MR. AARON:  WE ARE NOT, YOUR HONOR.  AND ONE OF THE
17   REASONS I WANTED TO COME IN TODAY WAS TO EXPLAIN TO THE COURT
18   WHAT PROGRESS WE'VE MADE AND WHERE WE ARE AND WHERE WE
19   ANTICIPATE GOING.
20              THERE'S 6,675 PAGES OF DISCOVERY IN THIS CASE.  WE
21   HAVE RECENTLY RECEIVED MORE DISCOVERY.  WE HAVE RECEIVED TWO
22   VIDEOS.  WE ARE ONLY ABOUT 40 SOME PERCENT DONE READING THE
23   DISCOVERY, AND THAT'S BOTH MYSELF AND MY CLIENT.  I'VE BEEN
24   DELAYED IN PART BECAUSE OF A FEDERAL CAPITAL MATTER IN LOS
25   ANGELES.  I ASKED TO BE RELIEVED IN THAT MATTER IN PART
```

1    BECAUSE OF MY WORK ON OTHER CASES, INCLUDING THIS CASE, AND I
2    HAVE BEEN RELIEVED ON MY REQUEST IN THAT MATTER.
3                I'VE ALSO BEEN DELAYED ON A STATE MATTER WHICH
4    SHOULD BE IN OCTOBER, WHICH IS A DOUBLE MURDER WITH SPECIAL
5    CIRCUMSTANCES INVOLVING SOME 15 DEFENDANTS, AND IT'S
6    ANTICIPATED THE PRELIMINARY HEARING IN THAT MATTER WOULD LAST
7    MOST OF OCTOBER.
8                I ANTICIPATE A NUMBER OF MOTIONS IN THIS CASE, AT
9    LEAST TWO FROM THE DEFENSE AND POSSIBLY ONE FROM THE
10   PROSECUTION, REGARDING A POTENTIAL WITNESS.
11               I'VE SPOKEN TO THE GOVERNMENT.  THEY DON'T APPEAR
12   TO HAVE A PROBLEM WITH A CONTINUANCE.  THEY WOULD LIKE A DATE
13   CERTAIN BY WHICH COUNSEL CAN COMMIT TO, CLEAR THEIR
14   CALENDARS, AND BE READY TO BEGIN TRIAL.
15               THE COURT:  IS IT MS. CARPENTER?
16               MS. CARPENTER:  YES, YOUR HONOR.
17               THE COURT:  YOU ARE NOW GOING TO BE TRIAL COUNSEL
18   INSTEAD OF MS. BLANCH?
19               MS. CARPENTER:  IT IS GOING TO BE MYSELF AND BRIAN
20   MICHAEL AND WE ARE BOTH BASED IN LOS ANGELES, INSTEAD OF
21   MS. BLANCH, THAT'S CORRECT.
22               JUST TO BE CLEAR, WE HAD THE CURRENT TRIAL DATE SET
23   FOR OCTOBER 31ST.  I BELIEVE THE COURT HAS THAT STIPULATION
24   AS WELL.  WE ARE PREPARED TO GO FORWARD ON OCTOBER 31ST.  I
25   UNDERSTAND MR. AARON HAS SOME MOTIONS HE WANTS TO MAKE.  JUST

1   FOR THE COURT'S INFORMATION, THE 6,000 PAGES OF DISCOVERY
2   THAT HE REFERENCED WAS PRODUCED OVER SIX MONTHS AGO.  THE
3   MOST RECENT DISCOVERY WAS TWO VIDEOTAPES AND A HANDFUL OF
4   PAGES THAT WAS PRODUCED I THINK ABOUT A WEEK AGO OR SO.
5             WE ARE, AGAIN, WILLING TO BE REASONABLE, BUT AT THE
6   SAME TIME WE ARE PREPARED TO GO FORWARD.  AS I HAD MENTIONED
7   TO MR. AARON, WE WOULD LIKE A DATE CERTAIN.  WE PICKED THE
8   DATE OF OCTOBER 31ST BASED ON HIS SCHEDULE BACK IN JULY WHEN
9   HE ASKED FOR THE CONTINUANCE, AND IT'S JUST DIFFICULT FOR US
10  TO MOVE OUR CALENDARS AND MOVE OTHER TRIALS AND WITNESSES AND
11  SO FORTH, ESPECIALLY SINCE THE WITNESSES IN THIS CASE ARE NOW
12  SCATTERED, THE EVENTS IN QUESTION HAVING OCCURRED SOME
13  FIVE YEARS AGO AT THIS POINT.  SO THAT'S ALL THAT WE ASK.
14            THE COURT:  WHAT'S THE MOTION -- DOES THE
15  GOVERNMENT ANTICIPATE MAKING A MOTION WITH RESPECT TO A
16  WITNESS?
17            MS. CARPENTER:  NO, YOUR HONOR.  I'M ACTUALLY NOT
18  POSITIVE AS TO WHAT MR. AARON IS TALKING ABOUT.  I DON'T
19  THINK I'VE GIVEN ANY INDICATION OF A MOTION.  WHAT HE MAY BE
20  ALLUDING TO IS THE FACT THAT THERE IS A CHILD VICTIM IN THIS
21  CASE, WHOM THE GOVERNMENT DOES NOT INTEND TO CALL AS A
22  WITNESS.  I THINK THAT MR. AARON IS EXPLORING THE POSSIBILITY
23  OF SUBPOENAING THE CHILD WITNESS.  FOR THE COURT'S
24  INFORMATION, THE CHILD DOES NOT EVEN KNOW THIS CASE IS GOING
25  FORWARD, AND THAT WE HAD TOLD MR. AARON THAT THERE MIGHT BE

```
 1    SOME BACK AND FORTH BETWEEN US IF HE CHOOSES TO GO THAT
 2    ROUTE.  I'M NOT POSITIVE WHAT HE IS ALLUDING TO BUT THAT MAY
 3    BE IT.
 4              THE COURT:  MR. AARON.
 5              MR. AARON:  THAT'S CORRECT.  THAT IS THE MATTER
 6    THAT I WAS ALLUDING TO.
 7              THE COURT:  ALL RIGHT.  WHAT DATE DO YOU HAVE IN
 8    MIND, MR. AARON?
 9              MR. AARON:  YOUR HONOR --
10              THE COURT:  WHAT SORT OF A TIME FRAME IN TERMS OF A
11    CONTINUANCE BEYOND OCTOBER 31ST DO YOU HAVE IN MIND?
12              MR. AARON:  I HAD THOUGHT OF A DATE PROBABLY IN
13    EARLY DECEMBER FOR THE MOTIONS, AND I HAD THOUGHT IN EARLY OR
14    '07 FOR THE JURY TRIAL.
15              THE COURT:  AND YOU HAVE DISCUSSED THAT WITH YOUR
16    CLIENT AND HE IS AGREEABLE TO THAT CONTINUANCE?
17              MR. AARON:  I HAVE AND HE IS.
18              THE COURT:  WHAT'S THE GOVERNMENT'S ESTIMATE FOR
19    ITS CASE-IN-CHIEF?
20              MS. CARPENTER:  I WOULD ANTICIPATE FOUR TO
21    FIVE DAYS.
22              THE COURT:  DOES THE DEFENSE HAVE ANY ESTIMATE AT
23    THIS POINT ABOUT PUTTING ON A CASE?
24              MR. AARON:  YOUR HONOR, I THINK THE ENTIRE CASE
25    MIGHT TAKE TWO WEEKS OR ABOUT EIGHT DAYS.
```

```
 1            THE COURT:  WELL, I WILL GRANT THE DEFENSE'S
 2   REQUEST FOR A CONTINUANCE, BUT BARRING SOMETHING VERY
 3   UNFORESEEN, I WILL BE VERY RELUCTANT TO GRANT ANY FURTHER
 4   REQUEST FOR A CONTINUANCE.  AND I'LL SET THE MATTER FOR TRIAL
 5   ON JANUARY THE 9TH.  THE PRETRIAL CONFERENCE WHICH WILL BE
 6   ALSO THE DATE FOR HEARING -- I'M SORRY, WOULD BE
 7   JANUARY THE 9TH.  AND THE PRETRIAL CONFERENCE WHICH WILL BE
 8   THE DATE FOR HEARING ON ALL PRETRIAL MOTIONS, INCLUDING
 9   MOTIONS IN LIMINE, MOTIONS TO SUPPRESS EVIDENCE -- IS THAT
10   THE TYPE OF MOTION THAT THE DEFENSE IS -- IS THAT WHAT YOU
11   WERE ALLUDING TO, MR. AARON?
12            MR. AARON:  THERE'S TWO, YOUR HONOR.  ONE WOULD BE
13   A MOTION TO SUPPRESS EVIDENCE, AS THE COURT HAS INDICATED,
14   AND I BELIEVE THERE MAY BE A MOTION AS TO THE PETITE POLICIES
15   AS APPLIED TO THIS CASE.
16            THE COURT:  TO THE WHAT?
17            MR. AARON:  THE PETITE POLICY AS APPLIED TO THIS
18   CASE.  THERE'S A POLICY IN THE UNITED STATES ATTORNEY'S
19   MANUAL WHERE IF THERE'S A STATE PROSECUTION WHICH ADEQUATELY
20   VINDICATES THE FEDERAL INTEREST, THERE SHOULD NOT BE A
21   FEDERAL PROSECUTION.  THERE WAS A STATE PROSECUTION IN THIS
22   CASE, AND MY CLIENT SERVED -- WELL, WITHOUT GOING INTO THE
23   DETAILS --
24            THE COURT:  THAT'S FINE.  SO ANY PRETRIAL MOTIONS
25   INCLUDING THOSE THAT HAVE ALREADY BEEN OUTLINED, AND ALSO
```

```
 1    INCLUDING ANY MOTIONS REGARDING ANY EVIDENTIARY ISSUES THAT
 2    THE PARTIES ANTICIPATE MAY ARISE AT TRIAL.
 3              IS THE GOVERNMENT AT THIS POINT INTENDING TO PUT ON
 4    EVIDENCE OF ANY PAST CONVICTIONS, ET CETERA?
 5              MS. CARPENTER:  THERE MAY BE SOME 404(B) EVIDENCE
 6    AND WILL LIKELY BE A MOTION IN LIMINE REGARDING THAT.  IN
 7    THIS CASE IT WOULD LIKELY HAVE TO DO WITH CONDUCT AFTER.
 8              THE COURT:  ANY MOTIONS WITH RESPECT TO THOSE
 9    ISSUES WOULD ALSO BE HEARD AT THE PRETRIAL CONFERENCE.
10              MS. CARPENTER:  YES, YOUR HONOR.
11              THE COURT:  THE PRETRIAL CONFERENCE WILL BE
12    DECEMBER THE 4TH AT 9:00.  SO YOUR MOTIONS NEED TO BE FILED
13    NO LATER THAN NOVEMBER 13TH.  OPPOSITION TO BE FILED AND
14    SERVED BY NOVEMBER 20TH, AND REPLIES BY NOVEMBER 27TH.  AND
15    COURTESY COPIES DROPPED IN THE DROP BOX OUTSIDE THIS
16    COURTROOM.
17              MR. AARON:  I BEG YOUR PARDON, YOUR HONOR.  I
18    DIDN'T HEAR THE LAST PART OF WHAT THE COURT SAID.
19              THE COURT:  COURTESY COPIES.
20              MR. AARON:  NO, NO, I'M SORRY, THE REPLIES, WHAT
21    DATE WAS THE REPLY?
22              THE COURT:  THE 27TH, THE WEEK BEFORE THE HEARING
23    DATE.
24              AND THE PARTIES NEED TO PREPARE AND SUBMIT A
25    WRITTEN STIPULATION AND PROPOSED FINDINGS FOR THE
```

```
 1   CONTINUANCE.
 2             THANK YOU VERY MUCH.  ANYTHING ELSE?
 3             MS. CARPENTER:  NO, YOUR HONOR, NOTHING FROM THE
 4   GOVERNMENT.  THANK YOU.
 5             MR. AARON:  NO.  THANK YOU, YOUR HONOR.
 6             THE COURT:  ACTUALLY, LET ME TAKE AN ORAL WAIVER.
 7   I KNOW YOU'RE GOING TO DO A WRITTEN STIPULATION.
 8             MR. SANDERS, GOOD MORNING?
 9             DEFENDANT SANDERS:  GOOD MORNING.
10             THE COURT:  YOU'VE HEARD YOUR ATTORNEY ON YOUR
11   BEHALF REQUEST A CONTINUANCE OF YOUR TRIAL DATE WHICH IS NOW
12   SET FOR OCTOBER 31ST?
13             DEFENDANT SANDERS:  YES, YOUR HONOR.
14             THE COURT:  HAVE YOU DISCUSSED THAT WITH YOUR
15   LAWYER?
16             DEFENDANT SANDERS:  YES, I HAVE, YOUR HONOR.
17             THE COURT:  YOU UNDERSTAND YOU HAVE A RIGHT UNDER
18   THE CONSTITUTION AND THE SPEEDY TRIAL ACT TO HAVE YOUR TRIAL
19   START NO LATER THAN TWO WEEKS AFTER OCTOBER 31ST?  DO YOU
20   UNDERSTAND THAT?
21             DEFENDANT SANDERS:  YES, YOUR HONOR.
22             THE COURT:  AND ARE YOU IN AGREEMENT WITH THE
23   REQUEST TO HAVE YOUR TRIAL START NOT ON OCTOBER 31ST BUT ON
24   JANUARY THE 10TH -- OR, NO, JANUARY THE 9TH OF 2007?
25             DEFENDANT SANDERS:  YES, YOUR HONOR.
```

```
 1              THE COURT:  THAT'S AGREEABLE TO YOU?
 2              DEFENDANT SANDERS:  YES.
 3              THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.
 4              MR. AARON:  YOUR HONOR, BEFORE WE LEAVE THAT
 5   MATTER, IF THE COURT COULD ORDER COUNSEL NOT TO BE ENGAGED IN
 6   ANY OTHER MATTERS, THAT WOULD HELP A LOT, PARTICULARLY TO THE
 7   STATE MATTERS.
 8              THE COURT:  THAT IS THE ORDER OF THE COURT.
 9              MR. AARON:  THANK YOU.
10                    (PROCEEDINGS CONCLUDED)
11                         ---o0o---
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

# C E R T I F I C A T E

### DOCKET NO. EDCR 04-42(A)-VAP

I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND ACCURATE TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

_____
PHYLLIS A. PRESTON, CSR           DATED:  SEPTEMBER 24, 2008
OFFICIAL U.S. COURT REPORTER
LICENSE NO. 8701