```
 1                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
 2                      EASTERN DIVISION-RIVERSIDE

 3
             HONORABLE VIRGINIA A. PHILLIPS, JUDGE PRESIDING
 4

 5   UNITED STATES OF AMERICA,     )
                                   )
 6              PLAINTIFF,         )
                                   )
 7   V.                            )DOCKET NO. EDCR 04-42(A) VAP
                                   )
 8   JAMES SANDERS,                )
                                   )
 9              DEFENDANT.         )
     _____)
10

11           REPORTER'S TRANSCRIPT OF ORAL PROCEEDINGS
                       RIVERSIDE, CALIFORNIA
12                    MONDAY, APRIL 9, 2007

13

                       PHYLLIS A. PRESTON, CSR
14                       LICENSE NO. 8701
                    FEDERAL OFFICIAL COURT REPORTER
15                   UNITED STATES DISTRICT COURT
                         3470 TWELFTH STREET
16                   RIVERSIDE, CALIFORNIA 92501
```

```
 1                        APPEARANCES

 2
     FOR THE PLAINTIFF:    OFFICE OF THE UNITED STATES ATTORNEY
 3                         BY:  BRIAN MICHAEL
                                JOSEPH AKROTIRIANAKIS
 4                         ASSISTANT UNITED STATES ATTORNEYS
                           3880 LEMON STREET, SUITE 210
 5                         RIVERSIDE, CALIFORNIA 92501

 6
     FOR THE DEFENDANT:    JEFFREY AARON
 7                         FEDERAL CRIMINAL DEFENSE PANEL
                           THE RIVERSIDE BARRISTER BUILDING
 8                         3993 MARKET STREET
                           RIVERSIDE, CALIFORNIA 92501
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1            MONDAY, APRIL 9, 2007, RIVERSIDE, CALIFORNIA
 2                           ---oOo---
 3            THE CLERK:  CALLING ITEM NO. 1 ON CALENDER, CASE
 4   NO. EDCR 04-42(A) VAP, UNITED STATES OF AMERICA VERSUS JAMES
 5   SANDERS.
 6            MR. MICHAEL:  GOOD MORNING, YOUR HONOR.  BRIAN
 7   MICHAEL FOR THE GOVERNMENT.
 8            THE COURT:  GOOD MORNING.
 9            MR. AARON:  GOOD MORNING, YOUR HONOR.  JEFFREY
10   AARON FOR MR. SANDERS.  HE IS PRESENT IN CUSTODY.
11            THE COURT:  GOOD MORNING.  THIS MATTER IS ON THE
12   COURT'S CALENDAR FOR A PRETRIAL CONFERENCE.  ARE BOTH SIDES
13   READY TO PROCEED TO TRIAL ON THE CURRENTLY SET TRIAL DATE
14   WHICH IS MAY 8TH?
15            MR. MICHAEL:  THE GOVERNMENT IS READY, YOUR HONOR.
16            MR. AARON:  YOUR HONOR, THERE'S SOME ISSUES THAT I
17   WANTED TO BRING TO THE COURT'S ATTENTION ABOUT THAT.  I HAVE
18   TWO MATTERS AND I'VE COMMUNICATED ABOUT THIS WITH COUNSEL.  I
19   HAVE ONE MATTER IN STATE COURT IN RIVERSIDE IN WHICH THE 60TH
20   DAY, THE LAST DAY FOR TRIAL IS 4/24.  I BELIEVE IT IS LIKELY
21   I WILL BE ENGAGED IN THAT TRIAL.  THAT TRIAL WILL TAKE
22   ANYWHERE FROM TWO TO THREE WEEKS.
23            THERE IS ANOTHER CASE, A SPECIAL CIRCUMSTANCE CASE,
24   WHERE THE LAST DAY FOR TRIAL IS MAY 7TH.  I WILL LIKELY BE IN
25   THAT TRIAL.  I CAN'T SAY FOR SURE.
```

```
 1              IN BOTH OF THESE CASES I HAVE TALKED TO THE
 2   PROSECUTORS AND SAID, ARE YOU GOING TO TRY AND CONTINUE THESE
 3   MATTERS OR NOT, AND IN BOTH OF THESE CASES I HAVE GOTTEN
 4   AMBIGUOUS RESPONSES, AT BEST.  I HAVE TALKED TO COUNSEL IN
 5   THIS CASE.  HE DOES NOT HAVE A PROBLEM CONTINUING IT INTO
 6   JUNE WHICH WOULD HOPEFULLY BE BEYOND THE LAST DAY I WILL BE
 7   IN TRIAL IN THE SECOND OF THESE CASES.  HE CANNOT BE
 8   AVAILABLE IN JULY OR AUGUST.  UNFORTUNATELY, WE HAVE CHECKED
 9   THE COURT'S CALENDAR AND THE COURT IS NOT AVAILABLE IN JUNE.
10              MR. MICHAEL:  YOUR HONOR, MAY I?
11              THE COURT:  WELL, THE INDICTMENT IN THIS CASE WAS
12   FILED ON JUNE 4TH, 2005.  THE FIRST DATE WAS SET
13   OCTOBER 18TH, 2005.  IT WAS THEN CONTINUED AND THE SECOND
14   TRIAL DATE WAS FEBRUARY 7TH, 2006.  THE THIRD TRIAL DATE WAS
15   APRIL THE 18TH, 2006.  THE FOURTH WAS JUNE 20TH, 2006.  THE
16   FIFTH WAS JULY 11TH, 2006.  THE SIXTH TRIAL DATE WAS SET FOR
17   OCTOBER 30TH, 2006.  THE SEVENTH ORIGINALLY WAS
18   JANUARY THE 9TH, 2007, BUT WHEN THE STIPULATION CAME FROM
19   COUNSEL IT SAID JANUARY 23RD, 2007.
20              THE EIGHTH TRIAL DATE, AND BY THAT TIME THE ORDER
21   FROM THE COURT WAS THAT COUNSEL WAS ORDERED NOT TO BE ENGAGED
22   IN TRIAL ANYWHERE ELSE, WAS MARCH 6TH, 2007.  THEN THE NINTH
23   TRIAL DATE WAS THIS ONE, WHICH WAS MAY 8TH, 2007.  AND,
24   AGAIN, COUNSEL WAS ORDERED NOT TO BE ENGAGED IN TRIAL
25   ELSEWHERE.  SO THIS WOULD BE THE TENTH CONTINUANCE.  AND I'M
```

```
 1   JUST NOT INCLINED TO GRANT ANOTHER CONTINUANCE.  NOT ONLY IS
 2   THERE NO DATE IN JUNE THAT'S REALLY AVAILABLE, I HAVE
 3   FIVE JURY TRIALS SET THE WEEK BEFORE YOU WANT TO CONTINUE
 4   THIS TRIAL DATE OR THE ONLY -- THE ONLY DATE IN JUNE THAT'S
 5   -- I ONLY HAVE ONE TRIAL SET.  I HAVE FIVE TRIALS SET THE
 6   WEEK BEFORE.
 7           WE PICKED THIS DATE AND YOU WILL GO TO TRIAL ON
 8   MAY 8TH.  YOU'RE THE ONLY CASE I HAVE SET THAT DAY.  THIS
 9   CASE WHEN IT GOES TO TRIAL WILL BE JUST SHY -- IT WILL BE
10   ONE YEAR AND ELEVEN MONTHS AFTER INDICTMENT.  IT'S THE OLDEST
11   CRIMINAL CASE I HAVE ON MY DOCKET, I BELIEVE.
12           MR. MICHAEL:  IF I MAY, YOUR HONOR?
13           THE COURT:  YES.
14           MR. MICHAEL:  THE GOVERNMENT HASN'T REALLY
15   CONSENTED TO A CONTINUANCE EITHER.  I TOLD MR. AARON THAT IF
16   HE SOUGHT A CONTINUANCE AND THE COURT WAS INCLINED TO GRANT
17   IT, THAT JUNE WAS THE TIME THAT WAS AVAILABLE.  BUT THE
18   GOVERNMENT HAS THE SAME VIEW YOUR HONOR DOES, THAT THE CASE
19   HAS BEEN CONTINUED NUMEROUS TIMES AND BELIEVES THAT THOSE
20   CONTINUANCES ARE ALL JUSTIFIED, BUT AT THIS POINT IN THE CASE
21   THE GOVERNMENT FEELS THAT IT NEEDS TO GO TO TRIAL AND THE
22   GOVERNMENT IS READY, YOUR HONOR.
23           THE COURT:  AND, MR. AARON, EVERY TIME YOU HAVE
24   MADE A REPRESENTATION TO THE COURT, AND INCLUDING THIS TIME,
25   I HAVE EVERY FAITH IN YOUR REPRESENTATION ABOUT YOUR TRIAL
```

1  CALENDAR, BUT EITHER THE OTHER CASES HAVE TO GIVE OR THIS
2  ONE, AND I THINK WE'VE GIVEN NINE TIMES, SO THIS TIME WE'RE
3  NOT GOING TO.
4         MR. AARON:  WITH THAT BEING SAID THEN, YOUR HONOR,
5  THE ONLY OTHER ISSUES REMAINING BEFORE WE PROCEED TO TRIAL ON
6  THIS CASE ARE WE HAD SET THIS DATE FOR MOTIONS.
7  UNFORTUNATELY, BECAUSE OF TWO OTHER CASES THAT I RECENTLY
8  TRIED, I WAS UNABLE TO PREPARE THOSE MOTIONS.  I NOW SEE THAT
9  THERE'S ONLY ONE MOTION REALLY THAT WE WOULD BE FILING OR WE
10 WOULD LIKE ONE ISSUE THAT WE WOULD LIKE THE COURT TO HEAR.
11 THAT COULD BE HEARD IN LIMINE ON THE TRIAL DAY IF THE COURT
12 WANTED OR WE COULD SET ANOTHER DATE.
13        THE COURT:  ONE OF THE THINGS I WANTED TO DO TODAY,
14 AS I NOTED, THERE WERE NO MOTIONS IN THE FILE, THERE ARE
15 TWO -- I PERCEIVE TWO ISSUES; ONE, MOTION, AND TWO, A
16 QUESTIONNAIRE, IF THE PARTIES WANT TO USE A QUESTIONNAIRE FOR
17 THE JURY IN THIS CASE.  HAVE YOU GIVEN ANY THOUGHT TO THAT?
18        MR. MICHAEL:  THE GOVERNMENT WOULD CONSIDER IT.  AT
19 THIS POINT THE GOVERNMENT WAS NOT PLANNING ON USING A
20 QUESTIONNAIRE.  IF YOUR HONOR THINKS IT'S APPROPRIATE,
21 OBVIOUSLY, THE GOVERNMENT WILL PREPARE ONE IN CONSULTATION
22 WITH DEFENSE COUNSEL, BUT IN PREVIOUS CASES LIKE THIS, THIS
23 PERSONAL PROSECUTOR HAS NOT USED A QUESTIONNAIRE, HASN'T
24 FOUND IT NECESSARY OTHER THAN PERHAPS A FEW ADDITIONAL
25 QUESTIONS SUGGESTED TO THE COURT FOR VOIR DIRE.  TO THE

1  EXTENT THE DEFENSE COUNSEL WANTS A QUESTIONNAIRE, WE WOULD
2  OBVIOUSLY HAVE TO SEE WHAT TYPES OF QUESTIONS HE WOULD BE
3  PROPOSING.
4          THE COURT:  MR. AARON.
5          MR. AARON:  WE WOULD LIKE A QUESTIONNAIRE, YOUR
6  HONOR, A BRIEF QUESTIONNAIRE, NOT LIKE A CAPITAL
7  QUESTIONNAIRE BUT A BRIEF QUESTIONNAIRE.
8          THE COURT:  I THINK A SHORT QUESTIONNAIRE WOULD BE
9  HELPFUL.  AND LET'S SEE, WE PROBABLY DON'T HAVE TIME TO SEND
10 IT OUT IN THE MAIL AND GET IT BACK, SO WE WOULD HAVE TO GIVE
11 IT OUT TO THE JURY PANEL THAT MORNING.  SO, COUNSEL, WHY
12 DON'T YOU MEET AND CONFER AND SEE IF YOU CAN AGREE UPON A
13 SHORT QUESTIONNAIRE.  AND TO THE EXTENT THAT YOU CAN AGREE,
14 SUBMIT WHAT YOU CAN AGREE UPON.  AND THEN IF YOU HAVE
15 QUESTIONS EITHER SIDE WANTS TO SUBMIT THAT THE OTHER SIDE
16 OBJECTS TO, YOU CAN GO AHEAD AND SUBMIT THOSE OBJECTIONS.
17         MR. AARON:  YOUR HONOR, IF I MIGHT, WE HAVE ONE
18 ISSUE WHICH INVOLVES A RATHER LENGTHY PIECE OF EVIDENCE WHICH
19 THE PROSECUTION IS THINKING OF ADMITTING OR SEEKING TO HAVE
20 ADMITTED, AND THAT IS A 900 PLUS PAGE NOVEL.  THAT'S THE
21 DEFENSE CHARACTERIZATION OF MY CLIENT'S WRITINGS.  I BELIEVE
22 THE PROSECUTOR WOULD CHARACTERIZE IT SOMEWHAT DIFFERENTLY.
23 BUT THEY ARE SEEKING TO INTRODUCE THESE MATERIALS WHICH ARE
24 SEXUALLY EXPLICIT TO SHOW MY CLIENT'S MOTIVE, STATE OF MIND,
25 THAT SORT OF THING.

```
 1              THE COURT:  IS THAT THE SUBJECT OF THE ONE MOTION
 2   THAT YOU WANT TO BRING?
 3              MR. AARON:  YES.  I CAN PROVIDE THAT MATERIAL TO
 4   THE COURT AND THE COURT CAN REVIEW IT, BUT IT IS LENGTHY.
 5              THE COURT:  WELL, WHAT I WOULD SUGGEST IS THAT WE
 6   HAVE A HEARING ON THAT MOTION AND WE CAN ALSO DISCUSS THE
 7   WORDING OF THE QUESTIONNAIRE ON APRIL 30TH.  ARE BOTH SIDES
 8   AVAILABLE ON APRIL 30TH?
 9              MR. MICHAEL:  THE GOVERNMENT IS AVAILABLE, YOUR
10   HONOR.
11              MR. AARON:  I'M AVAILABLE.  IN FACT, I'M GOING TO
12   BE HERE ON ANOTHER MATTER.
13              THE COURT:  AT 9:00?
14              MR. AARON:  YES.
15              THE COURT:  ALL RIGHT.  LET'S SET THIS FOR HEARING
16   ON APRIL 30TH.
17              AND, MR. AARON, YOU WILL FILE YOUR MOTION BUT GO
18   AHEAD AND -- WELL, LET'S SEE.  WHY DON'T YOU FILE YOUR MOTION
19   AND THEN SUBMIT THAT DOCUMENT WITH IT NO LATER THAN FRIDAY OF
20   THIS WEEK.
21              MR. AARON:  IF I MIGHT HAVE A MOMENT?
22              YES, I CAN.
23              THE COURT:  AND THEN, MR. MICHAEL, YOU FILE YOUR
24   OPPOSITION BY THE 20TH.
25              AND IF YOU WISH TO FILE ANY REPLY, MR. AARON, NO
```

```
 1    LATER THAN THE 25TH.
 2              AND THE PARTIES SHALL SUBMIT THEIR AGREED UPON
 3    QUESTIONNAIRE AND ANY OBJECTIONS TO ADDITIONAL QUESTIONS THE
 4    OTHER SIDE WISHES TO SUBMIT NO LATER THAN APRIL 23RD.  AND
 5    THAT BRIEFING SCHEDULE I GAVE WOULD ALSO APPLY IF THE
 6    GOVERNMENT INTENDS TO -- DOES THE GOVERNMENT INTEND TO
 7    INTRODUCE ANY 404(B) EVIDENCE DURING TRIAL?
 8              MR. MICHAEL:  YES, YOUR HONOR, WE DO.
 9              THE COURT:  THEN HAVE YOU GIVEN NOTICE OF THAT YET?
10              MR. MICHAEL:  YES, WE HAVE, YOUR HONOR.
11              THE COURT:  ALL RIGHT.  WELL, THE BRIEFING SCHEDULE
12    I JUST GAVE APPLIES TO ANY MOTIONS THAT EITHER SIDE WISHES TO
13    FILE.  MOTIONS TO BE FILED BY THE 13TH, OPPOSITION BY THE
14    20TH, AND REPLIES BY THE 25TH.
15              MR. AARON:  THERE'S ANOTHER MATTER, YOUR HONOR.
16    THERE'S ALSO A CHARGE OF CHILD PORNOGRAPHY IN THIS CASE AND
17    WE HAVE NOT SEEN THE ACTUAL IMAGES YET.  I HAD SPOKEN TO
18    COUNSEL ABOUT THAT AND I BELIEVE THAT INFORMALLY WE WILL BE
19    ABLE TO RESOLVE THAT, BUT I WOULD LIKE TO MAKE SURE THAT WE
20    HAVE RESOLVED THAT PERHAPS BY THE END OF THIS WEEK.
21              THE COURT:  IN OTHER WORDS, YOU'LL SHOW THE IMAGES
22    THAT YOU INTEND TO INTRODUCE AT TRIAL?
23              MR. MICHAEL:  YES, YOUR HONOR.  WE'VE MADE THOSE
24    IMAGES AVAILABLE TO DEFENSE COUNSEL FROM THE OUTSET OF
25    DISCOVERY BEING PRODUCED IN THIS CASE.  IT'S JUST A MATTER OF
```

```
 1    LOGISTICS BASED ON A REQUEST LAST WEEK FOR MR. AARON TO SEE
 2    THEM TODAY.  WE WILL CERTAINLY MAKE THEM AVAILABLE TO HIM AT
 3    HIS REQUEST --
 4              THE COURT:  AT THE U.S. ATTORNEY'S OFFICE IN
 5    RIVERSIDE?
 6              MR. MICHAEL:  OR EVEN AT THE IMMIGRATION AND
 7    CUSTOMS ENFORCEMENT OFFICES, EITHER ONE OF THOSE PLACES THAT
 8    IS MORE CONVENIENT FOR MR. AARON.
 9              THE COURT:  ALL RIGHT.  THANK YOU.  NO LATER THAN
10    FRIDAY.  IS THERE ANYTHING ELSE THIS MORNING?
11              MR. MICHAEL:  NOT FROM THE GOVERNMENT, YOUR HONOR.
12              MR. AARON:  YOUR HONOR, ONE THING THAT I'M KIND OF
13    CONCERNED ABOUT IS I MIGHT BE IN TRIAL -- HANDLING MATTERS IN
14    STATE COURT IN RIVERSIDE IS DRAMATICALLY DIFFERENT THAN MOST
15    FEDERAL COURTS AND CERTAINLY MOST STATE COURTS AS WELL.  WHAT
16    I'M CONCERNED ABOUT IS THE FOLLOWING PROBLEM:  IF I GO IN ON
17    THE 16TH AND ANNOUNCE READY FOR TRIAL, I CAN BE -- IF WE WENT
18    TO TRIAL ON THE 16TH, I COULD COMPLETE THAT TRIAL BEFORE THE
19    TRIAL DATE IN THIS CASE.  IT'S QUITE LIKELY THAT WE WOULD BE
20    ASKED TO TRAIL FROM DAY-TO-DAY.  WE COULD BE ASKED TO TRAIL
21    AS LONG AS UP TO THE 60TH DAY.  IF SO, I MIGHT STILL
22    TECHNICALLY BE IN TRIAL ONE OR TWO DAYS BEYOND.
23              THE COURT:  WELL, IF IT'S ONE OR TWO DAYS, WE WILL
24    START ONE OR TWO DAYS AFTER THE -- EXCEPT WE WILL NEED TO
25    KNOW THAT, SO WE NEED TO KNOW WHEN TO CALL OUR JURY IN.
```

```
 1          MR. AARON:  I WILL INFORM THE COURT.
 2          THE COURT:  IF IT'S ONE OR TWO DAYS, MR. AARON, WE
 3  CAN ACCOMMODATE THAT, BUT WE'LL JUST NEED TO KNOW BECAUSE, AS
 4  YOU KNOW, WE USUALLY CALL OUR JURIES IN ON TUESDAY.
 5          MR. AARON:  IF WE START TRIAL BY THE 24TH IN THAT
 6  CASE, I WOULD THINK THAT THERE'S A VERY GOOD CHANCE THAT WE
 7  SHOULD FINISH BEFORE THE 8TH OR ONE OR TWO DAYS THEREAFTER.
 8          THE COURT:  I THINK THE WAIVER THAT WE HAVE FROM
 9  YOUR CLIENT IS ONLY TO THE 8TH.
10          MR. MICHAEL:  THAT'S CORRECT, YOUR HONOR.
11          THE COURT:  SO IF YOU FIND YOURSELF IN THAT
12  SITUATION, YOU'RE GOING TO NEED TO SUBMIT ANOTHER SIGNED
13  STIPULATION.
14          MR. AARON:  THANK YOU, YOUR HONOR.
15          THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.
16          MR. MICHAEL:  THANK YOU, YOUR HONOR.
17                    (PROCEEDINGS CONCLUDED)
18                          ---o0o---
19
20
21
22
23
24
25
```

# C E R T I F I C A T E

## DOCKET NO. EDCR 04-42(A) VAP

I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND ACCURATE TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

_____
**PHYLLIS A. PRESTON, CSR**          DATED:  SEPTEMBER 24, 2008
**OFFICIAL U.S. COURT REPORTER**
**LICENSE NO. 8701**