1                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
2                     EASTERN DIVISION-RIVERSIDE


3

        HONORABLE VIRGINIA A. PHILLIPS, JUDGE PRESIDING
4


5    UNITED STATES OF AMERICA,          )
                                        )
6               PLAINTIFF,              )
                                        )
7    V.                                 )DOCKET NO. EDCR 04-42(A)-VAP
                                        )
8    JAMES SANDERS,                     )
                                        )
9               DEFENDANT.              )
     _____)

10

11        REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS
                     RIVERSIDE, CALIFORNIA
12                 THURSDAY, JUNE 7, 2007


13

                    PHYLLIS A. PRESTON, CSR
14                     LICENSE NO. 8701
                 FEDERAL OFFICIAL COURT REPORTER
15               UNITED STATES DISTRICT COURT
                     3470 TWELFTH STREET
16              RIVERSIDE, CALIFORNIA 92501

17

18

19

20

21

22

23

24

25

1                              <u>APPEARANCES</u>

2

   FOR THE PLAINTIFF:      OFFICE OF THE UNITED STATES ATTORNEY
3                          BY:  <u>BRIAN MICHAEL</u>
                                <u>JOSEPH AKROTIRIANAKIS</u>
4                          ASSISTANT UNITED STATES ATTORNEYS
                           3880 LEMON STREET, SUITE 210
5                          RIVERSIDE, CALIFORNIA 92501

6

   FOR THE DEFENDANT:      <u>JEFFREY AARON</u>
7                          FEDERAL CRIMINAL DEFENSE PANEL
                           THE RIVERSIDE BARRISTER BUILDING
8                          3993 MARKET STREET
                           RIVERSIDE, CALIFORNIA 92501
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25