```
 1                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
 2                      EASTERN DIVISION-RIVERSIDE

 3
           HONORABLE VIRGINIA A. PHILLIPS, JUDGE PRESIDING
 4

 5    UNITED STATES OF AMERICA,      )
                                     )
 6                PLAINTIFF,         )
                                     )
 7    V.                             )DOCKET NO. EDCR 04-42(A)-VAP
                                     )
 8    JAMES SANDERS,                 )
                                     )
 9                DEFENDANT.         )
      _____)
10

11         REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS
                       RIVERSIDE, CALIFORNIA
12                    FRIDAY, JUNE 15, 2007

13
                       PHYLLIS A. PRESTON, CSR
14                        LICENSE NO. 8701
                    FEDERAL OFFICIAL COURT REPORTER
15                   UNITED STATES DISTRICT COURT
                          3470 TWELFTH STREET
16                   RIVERSIDE, CALIFORNIA 92501

17

18

19

20

21

22

23

24

25
```

```
 1                          APPEARANCES
 2
     FOR THE PLAINTIFF:    OFFICE OF THE UNITED STATES ATTORNEY
 3                         BY:  BRIAN MICHAEL
                                JOSEPH AKROTIRIANAKIS
 4                         ASSISTANT UNITED STATES ATTORNEYS
                           3880 LEMON STREET, SUITE 210
 5                         RIVERSIDE, CALIFORNIA 92501

 6
     FOR THE DEFENDANT:    JEFFREY AARON
 7                         FEDERAL CRIMINAL DEFENSE PANEL
                           THE RIVERSIDE BARRISTER BUILDING
 8                         3993 MARKET STREET
                           RIVERSIDE, CALIFORNIA 92501
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1            FRIDAY, JUNE 15, 2007, RIVERSIDE, CALIFORNIA
 2                            ---O0O---
 3                   (IN THE PRESENCE OF THE JURY:)
 4            THE COURT:  GOOD MORNING.  LET THE RECORD REFLECT
 5   THE PRESENCE OF ALL MEMBERS OF THE JURY, COUNSEL FOR BOTH
 6   PARTIES, AND THE DEFENDANT IS ALSO PRESENT.
 7            MS. LANDFRIED, I UNDERSTAND YOU'RE THE PRESIDING
 8   JUROR?
 9            JUROR LANDFRIED:  YES.
10            THE COURT:  HAS THE JURY REACHED A VERDICT?
11            JUROR LANDFRIED:  YES.
12            THE COURT:  THANK YOU.
13            PLEASE HAND THE VERDICT FORM TO THE BAILIFF.
14            THE CLERK IS DIRECTED TO READ THE VERDICT INTO THE
15   RECORD.
16            THE CLERK:  UNITED STATES DISTRICT COURT FOR THE
17   CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION, UNITED
18   STATES OF AMERICA VERSUS JAMES SANDERS, CASE NO. EDCR 04-42
19   VAP, SPECIAL VERDICT FORM:
20            COUNT 1, WE, THE JURY IN THE ABOVE-CAPTIONED CAUSE,
21   FIND THE DEFENDANT, JAMES SANDERS, GUILTY OF THE CRIME OF
22   CONSPIRING TO POSSESS CHILD PORNOGRAPHY, AS CHARGED IN
23   COUNT 1 OF THE FIRST SUPERSEDING INDICTMENT.
24            COUNT 2, WE, THE JURY IN THE ABOVE-CAPTIONED CAUSE,
25   FIND THE DEFENDANT, JAMES SANDERS, GUILTY OF THE CRIME OF
```

```
 1   POSSESSION OF CHILD PORNOGRAPHY, AS CHARGED IN COUNT 2 OF THE
 2   FIRST SUPERSEDING INDICTMENT.
 3            COUNT 3, WE, THE JURY IN THE ABOVE-CAPTIONED CAUSE,
 4   FIND THE DEFENDANT, JAMES SANDERS, GUILTY OF THE CRIME OF
 5   TRAVELING FOR THE PURPOSE OF ENGAGING IN A SEXUAL ACT WITH A
 6   MINOR, AS CHARGED IN COUNT 3 OF THE FIRST SUPERSEDING
 7   INDICTMENT.
 8            COUNT 4, ITEM 1, WE, THE JURY IN THE
 9   ABOVE-CAPTIONED CAUSE, FIND THE DEFENDANT, JAMES SANDERS,
10   GUILTY OF THE CRIME OF AGGRAVATED SEXUAL ABUSE OF A CHILD
11   UNDER 12 YEARS OF AGE, AS CHARGED IN COUNT 4 OF THE FIRST
12   SUPERSEDING INDICTMENT.
13            ITEM 2:  IF YOU FIND THE DEFENDANT, JAMES SANDERS,
14   GUILTY OF THE CRIME OF AGGRAVATED SEXUAL ABUSE OF A CHILD
15   UNDER 12 YEARS OF AGE, AS CHARGED IN COUNT 4 OF THE FIRST
16   SUPERSEDING INDICTMENT, DO YOU FIND THAT THE DEFENDANT
17   ATTEMPTED TO ENGAGE IN A SEXUAL ACT WITH A PERSON WHO HAD NOT
18   ATTAINED THE AGE OF 12 YEARS?
19            ANSWER:  "YES."
20            ITEM 3:  IF YOU FIND THE DEFENDANT, JAMES SANDERS,
21   GUILTY OF THE CRIME OF AGGRAVATED SEXUAL ABUSE OF A CHILD
22   UNDER 12 YEARS OF AGE, AS CHARGED IN COUNT 4 OF THE FIRST
23   SUPERSEDING INDICTMENT, DO YOU FIND THAT THE DEFENDANT
24   ENGAGED IN A SEXUAL ACT WITH A PERSON WHO HAD NOT ATTAINED
25   THE AGE OF 12 YEARS?
```

```
 1              ANSWER: "YES."
 2              DATED:  JUNE 15, 2007, AT RIVERSIDE, CALIFORNIA.
 3     SIGNED, FOREPERSON OF THE JURY.
 4              LADIES AND GENTLEMEN OF THE JURY, IS THIS YOUR
 5     VERDICT AS PRESENTED AND READ, THE VERDICT OF EACH OF YOU, SO
 6     SAY YOU ONE, SO SAY YOU ALL?
 7              THE JURORS:  YES (COLLECTIVELY).
 8              THE COURT:  DOES EITHER SIDE WISH TO HAVE THE JURY
 9     POLLED?
10              MR. AARON:  YES, PLEASE.
11              THE COURT:  LADIES AND GENTLEMEN, I AM GOING TO ASK
12     EACH OF YOU IN TURN TO TELL ME WHETHER OR NOT THE VERDICT, AS
13     READ INTO THE RECORD BY THE CLERK, IS YOUR VERDICT.
14              STARTING WITH JUROR NO. 1, MS. DILLARD.  IS THE
15     SPECIAL VERDICT FORM, AS READ INTO THE RECORD BY THE CLERK,
16     YOUR VERDICT?
17              JUROR DILLARD:  YES.
18              THE COURT:  JUROR NO. 2, MR. EASTERDAY, IS THE
19     SPECIAL VERDICT FORM, AS READ INTO THE RECORD BY THE CLERK,
20     YOUR VERDICT?
21              JUROR EASTERDAY:  YES.
22              THE COURT:  JUROR NO. 3, MS. LANDFRIED, IS THE
23     VERDICT, THE SPECIAL VERDICT FORM, AS READ INTO THE RECORD BY
24     THE CLERK, YOUR VERDICT?
25              JUROR LANDFRIED:  YES.
```

```
 1            THE COURT:  JUROR NO. 4, MR. EASTIS, IS THE SPECIAL
 2   VERDICT FORM, AS READ INTO THE RECORD BY THE CLERK, YOUR
 3   VERDICT?
 4            JUROR EASTIS:  YES.
 5            THE COURT:  JUROR NO. 5, MR. SHANTELER, IS THE
 6   SPECIAL VERDICT FORM, AS READ INTO THE RECORD BY THE CLERK,
 7   YOUR VERDICT?
 8            JUROR SHANTELER:  YES.
 9            THE COURT:  JUROR NO. 6, MR. DREW, IS THE SPECIAL
10   VERDICT FORM, AS READ INTO THE RECORD BY THE CLERK, YOUR
11   VERDICT?
12            JUROR DREW:  YES.
13            THE COURT:  JUROR NO. 7, MS. CHILDERS, IS THE
14   SPECIAL VERDICT FORM, AS READ INTO THE RECORD BY THE CLERK,
15   YOUR VERDICT?
16            JUROR CHILDERS:  YES.
17            THE COURT:  JUROR NO. 8, MS. BONDY, IS THE SPECIAL
18   VERDICT FORM, AS READ INTO THE RECORD BY THE CLERK, YOUR
19   VERDICT?
20            JUROR BONDY:  YES.
21            THE COURT:  JUROR NO. 9, MS. LEWIS, IS THE SPECIAL
22   VERDICT FORM, AS READ INTO THE RECORD BY THE CLERK, YOUR
23   VERDICT?
24            JUROR LEWIS:  YES, YOUR HONOR.
25            THE COURT:  JUROR NO. 10, MS. EDWARDS, IS THE
```

1  SPECIAL VERDICT FORM, AS READ INTO THE RECORD BY THE CLERK,
2  YOUR VERDICT?
3          JUROR EDWARDS:  YES.
4          THE COURT:  JUROR NO. 11, MR. ENGLUTT, IS THE
5  SPECIAL VERDICT FORM, AS READ INTO THE RECORD BY THE CLERK,
6  YOUR VERDICT?
7          JUROR ENGLUTT:  YES.
8          THE COURT:  AND JUROR NO. 12, MS. GRISHAM, IS THE
9  SPECIAL VERDICT FORM, AS READ INTO THE RECORD BY THE CLERK,
10 YOUR VERDICT?
11         JUROR GRISHAM:  YES.
12         THE COURT:  THANK YOU.
13         THE CLERK IS DIRECTED TO RECORD THE VERDICT AND
14 ENTER IT INTO THE RECORD.
15         LADIES AND GENTLEMEN, THIS IS MY LAST OPPORTUNITY
16 TO THANK YOU.  AND IT IS NOW MY PRIVILEGE NOT ONLY TO THANK
17 YOU, BUT FINALLY TO DISCHARGE YOU FROM YOUR DUTIES AS JURORS
18 ON THIS CASE.
19         WHEN I WAS IN PRACTICE AS A LAWYER AND I WENT TO A
20 SOCIAL EVENT, THE WORST THING THAT COULD HAPPEN TO ME WAS
21 THAT SOMEBODY WOULD GIVE ME THEIR -- ASK ME FOR FREE LEGAL
22 ADVICE.  SO WHEN I CHANGED JOBS AND AM NOW ON THE BENCH, OUT
23 OF RISK OF THINGS LIKE THAT, AND NOW I FIND THAT WHEN PEOPLE
24 FIND OUT WHAT I DO FOR A LIVING, THEY WANT TO TELL ME WHAT
25 THEY THINK ABOUT JURY DUTY.  AND THAT'S NOT USUALLY

```
 1    NECESSARILY POSITIVE.  SO WE TRY VERY HARD HERE TO RESPECT
 2    YOUR TIME AND RESPECT AND APPRECIATE THE SACRIFICE THAT
 3    PEOPLE MAKE WHEN THEY HELP US ADMINISTER JUSTICE.
 4            SOMETIMES I'M ASKED WHAT'S THE MOST IMPORTANT CASE
 5    I HAVE WORKED ON.  AND I THINK THAT THE RIGHT ANSWER TO THAT
 6    QUESTION IS, THE CASE I'M WORKING ON AT THE MOMENT.
 7            BECAUSE EVERY CASE THAT WE WORK ON, EVERY CASE I
 8    WORK ON IS THE MOST IMPORTANT CASE IN THE WORLD TO THE PEOPLE
 9    WHOSE CASE IT IS, WHETHER IT'S A CIVIL CASE OR A CRIMINAL
10    CASE.  BUT I THINK THAT AS DIFFICULT AS THIS CASE HAS BEEN,
11    FOR EVERY ONE INVOLVED IN IT, I THINK THAT YOU WOULD ALL
12    AGREE THAT IT IS AN IMPORTANT CASE, THAT YOU MIGHT HAVE
13    WISHED THAT YOU HAD BEEN CALLED TO DO YOUR JURY DUTY ON A
14    DIFFERENT SORT OF CASE, AND I WOULD UNDERSTAND THAT BECAUSE
15    THIS HAS BEEN A VERY DIFFICULT CASE.  BUT I DOUBT THAT ANY OF
16    YOU FEEL THAT IT WAS AN UNIMPORTANT CASE.  THERE IS A LOT AT
17    STAKE HERE FOR BOTH SIDES.  AND WHILE IT WAS A SACRIFICE FOR
18    ALL OF YOU TO BE INVOLVED, I'M SURE, FOR MANY REASONS,
19    BECAUSE OF YOUR OWN SCHEDULES AND ALL OF YOUR OWN
20    COMMITMENTS, YOUR WORK COMMITMENTS, YOUR FAMILY COMMITMENTS,
21    AND SO FORTH, AND BECAUSE OF THE KIND OF CASE IT WAS AND WHAT
22    YOU WERE ASKED TO DO IN YOUR SERVICE, I DOUBT VERY MUCH THAT
23    ANY OF YOU THOUGHT IT WAS A WASTE OF YOUR TIME OR THAT IT WAS
24    UNIMPORTANT.
25            AND ON BEHALF OF THE COURT SYSTEM, AS WELL AS THE
```

```
 1   PARTIES, I WANT TO THANK YOU FOR YOUR HARD WORK AND THE
 2   AMOUNT OF ATTENTION AND DILIGENCE THAT YOU ALL PAID DURING
 3   THIS CASE.
 4             I STARTED OUT AT THE BEGINNING OF THE CASE THE VERY
 5   FIRST DAY THAT I MET YOU, WHEN YOU CAME IN TO FILL OUT THE
 6   QUESTIONNAIRES, POINTING OUT THAT MOST COUNTRIES DON'T HAVE
 7   CASES DECIDED BY JURIES.  THERE IS A FEW THAT DO, INCLUDING
 8   THE COUNTRY FROM WHICH WE ADAPTED OUR LEGAL SYSTEM, ENGLAND,
 9   BUT MOST COUNTRIES, MOST COUNTRIES, WHEN SOMEONE IS ACCUSED
10   OF A CRIME, IT IS A GOVERNMENT OFFICIAL THAT DECIDES WHETHER
11   THEY ARE GUILTY OR NOT GUILTY.
12             WE HAVE THIS EXTRAORDINARY SYSTEM WHERE ONE
13   ANOTHER, OTHER CITIZENS, DECIDE THE GUILT OR INNOCENCE OF
14   SOMEONE.  AND THAT'S AN EXTRAORDINARY CHECK ON GOVERNMENT
15   POWER.  WE'RE ONLY ABLE TO DO THAT BECAUSE OF THE SACRIFICE
16   AND HARD WORK OF THE PEOPLE LIKE YOURSELVES.  WE ALL ENJOY
17   JUST A TREMENDOUS NUMBER OF RIGHTS AND PRIVILEGES AND SO
18   FORTH AS CITIZENS.  AND AFTER THE EVENTS OF SEPTEMBER 11TH IN
19   THIS COUNTRY, IT BECAME, IN SOME WAYS, A LITTLE MORE
20   FASHIONABLE TO TALK ABOUT PATRIOTISM.  AND IT'S EASY TO TALK
21   ABOUT PATRIOTISM.  BUT FOR MOST OF US, THERE IS VERY FEW
22   THINGS OUR COUNTRY REALLY ASKS US TO DO IN EXCHANGE FOR ALL
23   OF THE THINGS THAT WE ENJOY AS CITIZENS.  THERE ARE PEOPLE
24   WHO SERVE IN THE MILITARY, AND THAT'S A GREAT SACRIFICE, AND
25   SOMETIMES THE ULTIMATE SACRIFICE.  FOR THOSE OF US WHO ARE
```

```
 1    NOT CALLED TO DO THAT, WE ARE REALLY NOT CALLED TO DO MUCH.
 2    PAY OUR TAXES, VOTE, AND SIT ON A JURY.  AND YOU WHO HAVE
 3    DONE THIS JURY SERVICE HAVE SHOWN REAL PATRIOTISM IN THE BEST
 4    SENSE OF THAT WORD.  AND, AGAIN, I THANK YOU FOR THAT VERY,
 5    VERY MUCH.  AND ESPECIALLY ON A CASE LIKE THIS, WHICH IS A
 6    FAR MORE DIFFICULT CASE THAN MANY.
 7              SO, WHEN I SAID I WAS GOING TO DISCHARGE YOU FROM
 8    YOUR DUTIES, THAT MEANS THAT IF YOU WANT TO YOU COULD TALK
 9    ABOUT THE CASE, BUT YOU'RE NOT REQUIRED TO.  IF YOU NEVER
10    WANT TO TALK ABOUT IT AGAIN, THAT'S YOUR CHOICE.
11              SOMETIMES COUNSEL WOULD LIKE TO TALK TO YOU, LEARN
12    ABOUT THEIR OWN PERFORMANCE AS ATTORNEYS, AND THAT'S
13    APPROPRIATE.  IF YOU WOULD LIKE TO TALK TO THEM, TELL THEM
14    WHAT YOU THINK ABOUT THEIR PERFORMANCE AS LAWYERS, THAT'S
15    FINE.  BUT YOU'RE NOT REQUIRED TO.  THAT'S TOTALLY UP TO YOU.
16    AND IF SOMEONE PERSISTED IN TRYING TO TALK TO YOU AFTER YOU
17    INDICATED THAT YOU DIDN'T WANT TO, YOU SHOULD NOTIFY ME ABOUT
18    THAT RIGHT OF WAY.
19              BUT, LADIES AND GENTLEMEN, I JUST REALLY CAN'T
20    THANK YOU ENOUGH.  SO, I HOPE YOU ENJOY THE REST OF YOUR
21    FRIDAY, AND KNOW THAT YOU LEAVE HERE WITH SINCERE THANKS OF
22    EVERY ONE INVOLVED IN THIS PROCEEDING.  YOU ARE EXCUSED.
23              (THE JURORS HAVE EXITED THE COURTROOM.)
24              THE COURT:  THE DATE FOR SENTENCING IN THIS CASE IS
25    SEPTEMBER 10TH.
```

```
 1              MR. AARON:  YOUR HONOR, I WAS THINKING, GIVEN WHAT
 2   I ANTICIPATE TO BE COMING, PERHAPS WE SHOULD CONTINUE THAT A
 3   LITTLE BIT FURTHER, IF I MIGHT.
 4              I HAVE SPOKEN TO THE GOVERNMENT ABOUT THIS.  THEY
 5   HAVE NO OBJECTION.  AND I PROPOSE THE DATE OF OCTOBER 22ND.
 6              THE COURT:  THE COURT IS NOT AVAILABLE ON THAT
 7   DATE.  OCTOBER 15TH WOULD BE THE LAST DATE.  IS THAT ENOUGH
 8   TIME FOR YOU?
 9              MR. AARON:  I THINK SO.  IF IT'S NOT, I WILL FILE
10   THE APPROPRIATE PAPERWORK.
11              YOUR HONOR, IF I MIGHT, ALSO, I WOULD LIKE TO
12   CONTINUE THE RULE 29 AND THE NEW TRIAL MOTION TO THAT DATE.
13              THE COURT:  I WOULD BE WILLING TO CONTINUE THEM,
14   BUT THAT'S PRETTY FAR OUT FOR THOSE MOTIONS.  WHAT ABOUT
15   EXTENDING THEM, ALLOWING ADDITIONAL TIME UP TO SOME TIME IN
16   AUGUST.  WOULD THAT GIVE YOU ENOUGH TIME?
17              MR. MICHAEL:  YOUR HONOR, IN LIGHT OF MY
18   COMMITMENTS AT THE END OF AUGUST, I WOULD ASK FOR A DATE NO
19   LATER THAN THE THIRD WEEK OF AUGUST, PLEASE.
20              THE COURT:  HOW ABOUT THE MIDDLE OF AUGUST, WHICH
21   IS --
22              MR. AARON:  YOUR HONOR, I WILL PROBABLY BE IN TRIAL
23   IN PEOPLE V. GUERRERO.
24              THE COURT:  WELL, I'LL TELL YOU WHAT.  WHY DON'T
25   COUNSEL CONFER ABOUT A DATE AND SEE WHAT YOU CAN STIPULATE
```

```
 1    TO.
 2              MR. AARON:  WOULD A DATE IN SEPTEMBER BE
 3    ACCEPTABLE?
 4              THE COURT:  WHAT'S YOUR SCHEDULE IN SEPTEMBER?
 5              MR. MICHAEL:  I WILL NOT BE AVAILABLE, ASSUMING
 6    THINGS GO AS PLANNED, UNTIL RIGHT AROUND THE MIDDLE OF
 7    SEPTEMBER.
 8              THE COURT:  WHEN DOES YOUR TRIAL START, MR. AARON?
 9              MR. AARON:  IT'S ON TRIAL ASSIGNMENT JULY 30TH, SO
10    IT WILL PROBABLY START -- AND THAT'S A FRIDAY, I BELIEVE.
11              THE COURT:  WHY DON'T WE DO IT AT THE END OF JULY,
12    RIGHT BEFORE THAT, LIKE JULY --
13              MR. AARON:  WELL, I WILL BE PREPARING FOR THE
14    TRIAL.  THAT'S A MULTIPLE MURDER SPECIAL -- NO, NOT MULTIPLE
15    -- MULTIPLE SPECIAL CIRCUMSTANCE.
16              THE COURT:  HOW MANY WEEKS IS IT SUPPOSED TO LAST?
17              MR. AARON:  FOUR TO SIX.
18              MR. MICHAEL:  YOUR HONOR, THE GOVERNMENT WOULD BE
19    ABLE TO RESPOND APPROPRIATELY IN A MOTION, I WOULD SAY, NEAR
20    THE END OF SEPTEMBER.
21              THE COURT:  WHY DON'T WE SAY SEPTEMBER 24TH.
22              MR. MICHAEL:  IS THAT FOR BOTH MOTIONS, YOUR HONOR?
23              THE COURT:  YES.  ALL RIGHT.  THANK YOU.
24              ANYTHING FURTHER?
25              MR. AARON:  NO, YOUR HONOR.
```

1   MR. MICHAEL:  WAS OCTOBER 15TH THE SENTENCING DATE?
2   THE COURT:  YES.  THE DEFENDANT IS REMANDED TO THE
3   CUSTODY OF THE UNITED STATES MARSHALS.
4           (PROCEEDINGS CONCLUDED)
5                 ---oOo---

# C E R T I F I C A T E

### DOCKET NO. EDCR 04-42(A) VAP

I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND ACCURATE TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

_____
PHYLLIS A. PRESTON, CSR            DATED:  OCTOBER 20, 2008
FEDERAL OFFICIAL COURT REPORTER
LICENSE NO. 8701

Case 5:04-cr-00042-VAP   Document 217   Filed 10/20/08   Page 14 of 14   Page ID #:1967